AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HART,, WILLIAM T | 2. Court or Organization<br><br>NORTHERN DISTRICT OF ILLINOIS | 3. Date of Report<br><br>04/23/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 S. DEARBORN STREET<br>ROOM 2246<br>CHICAGO, ILLINOIS 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman and Director | Northern District of Illinois Court Historical Association, an Illinois not-for-profit corporation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 APR 28 A 10: 56
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| HART,, WILLIAM T | 04/23/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART,, WILLIAM T | 04/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART,, WILLIAM T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 MORGAN STANLEY ("MS"): | E | Distribution | O | T | | | | | |
| 2. ---MS Liquid Asset Fund | | | | | Fund Transf. | '07 | K | | |
| 3. ---MS U.S.G. MM T | | | | | Fubd Transf. | '07 | K | | |
| 4. ---MS Trust Bank | | | | | Bank Deposit | '07 | J | | |
| 5. ---Ford Motor Credit Co. (Ser. Note) | | | | | | | | | |
| 6. ---General Motors AC B | | | | | | | | | |
| 7. ---Discover Bank Greenwood, DE CD | | | | | | | | | |
| 8. ---Lehman Brothers Bank FSB Wilmington, DE CD | | | | | | | | | |
| 9. ---Capital One Bank Glen Allen, VA CD | | | | | | | | | |
| 10. ---Advanta Bank CD | | | | | Matured | 11/07 | L | A | |
| 11. ---Washington Bank CD | | | | | Matured | 5/24 | L | A | |
| 12. ---American Intl. Group | | | | | Buy | 12/18 | K | | |
| 13. ---GMAC Bank CD | | | | | Buy | 7/05 | M | | |
| 14. ---Discover Bank CD | | | | | Buy | 7/05 | M | | |
| 15. MORGAN STANLEY ACCOUNT: | | | | | | | | | |
| 16. ---British Petroleum | B | Dividend | K | T | | | | | |
| 17. --Duke Energy | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART,, WILLIAM T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Spectra Energy Corp. | A | Dividend | J | T | Distribution | 1/15 | J | | See Note 1 |
| 19. ---Bristol Meyers Squibb | B | Dividend | K | T | | | | | |
| 20. ---General Electric | A | Dividend | K | T | | | | | |
| 21. ---Sunrise W & G | A | Interest | J | T | | | | | |
| 22. ---C MI U REV OID | | Interest | | T | Matured | 4/2 | J | A | |
| 23. ---Clark City New AP R | A | Interest | | T | Matured | 7/1 | J | A | |
| 24. ---Marcopia AZ Elem. Sch. District | B | Interest | | T | Matured | 12/3 | K | A | |
| 25. ---MS ST FIN AUTH | A | Interest | | T | Matured | 12/3 | J | A | |
| 26. ---Loraine Cty. OH Health F/R/C/P | B | Interest | K | T | | | | | |
| 27. ---Jennings Ind. Sch. Corp. | B | Interest | K | T | | | | | |
| 28. ---Hudson GO Purp B | B | Interest | K | T | | | | | |
| 29. ---Allen G O B | B | Interest | K | T | | | | | |
| 30. ---Luzerne, CO GO B | B | Interest | K | T | | | | | |
| 31. ---Taylor, MI S DIST B | B | Interest | L | T | | | | | |
| 32. ---Discover Bank | A | Interest | | T | Bank Transf. | '07 | J | A | |
| 33. ---MS Trust Bank | A | Interest | J | T | Bank Transf. | '07 | J | A | |
| 34. ---MS Bank CD | B | Interest | | T | Matured | 7/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART,, WILLIAM T | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   ---Washington Mutual CD | | None | K | T | Buy | 1/9 | K | | |
| 36.   ---Wachovia Corp. 8% Pf | | None | K | T | Buy | 12/21 | K | | |
| 37.   ---Citizens PPTY INS C FL | | None | K | T | Buy | 7/12 | K | | |
| 38.   ---Lee City, FL IMPT | | None | K | T | Buy | 7/12 | K | | |
| 39.   ---FL Mun COUNCIL | | None | K | T | Buy | 9/16 | K | | |
| 40.   ---Las Vegas IMP D 808 | | None | L | T | Buy | 9/13 | L | | |
| 41.   ---Kansas CY CLGS | | None | J | T | Buy | 7/12 | J | | |
| 42.   STOFAN AGAZZI ACCT: | | | | | | | | | |
| 43.   ---Ill. Rural Bk Bd Rev Bond | B | Interest | K | T | | | | | |
| 44.   ---Eastern Ill U Rev Bond | B | Interest | K | T | | | | | |
| 45.   ---Walgreen | A | Dividend | K | T | | | | | |
| 46.   ---Romeoville, IL GO | B | Interest | K | T | | | | | |
| 47.   ---Wash. St. Higher Ed. Fac Bond | B | | K | T | Buy | 10/04 | K | | See Note 2 |
| 48.   ---IM-IT Bond Fund 79 (Van Kampen) | A | Interest | J | T | | | | | |
| 49.   ---Harris Bank (checking) | B | Interest | K | T | | | | | |
| 50.   ---Mass. Mut. Life Ins. (Paid Up) | | None | K | T | | | | | |
| 51.   ---LaSalle Bank -- Clare Residency Escrow | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HART,, WILLIAM T | 04/23/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 -- Part VII Line 18 - Spin off from Duke Energy Corp., and existing reported investment.

NOTE 2 -- Part VII Line 47 - Inadvertently omitted from 2006 Report. There was no income during 2006. The purchase was made on 10/04/06.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544